# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40306   State of TX v. EPA
                     USDC No. 3:23-CV-17

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Angelique B. Tardie, Deputy Clerk
                              504-310-7715

Ms. Jessica Amber Ahmed
Mr. David M.S. Dewhirst
Ms. Arielle Mourrain Jeffries
Mr. Brett E. Legner
Mr. Henry Carl Myers
Mr. Brian C. Toth