# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 23-40306    State of TX v. EPA
                USDC No. 3:23-CV-17
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

```
Ms. Jessica Amber Ahmed
Mr. David M.S. Dewhirst
Mr. Elliot Warren Higgins
Ms. Arielle Mourrain Jeffries
Mr. Brett E. Legner
Mr. Henry Carl Myers
Mr. Nathan Ochsner
Mr. Brian C. Toth
Mr. Joshua N. Turner
```